firmed without costs. Memorandum: Family Court properly dismissed the custody petition for lack of subject matter jurisdiction. Pursuant to Domestic Relations Law § 75-d (1) (a), part of the Uniform Child Custody Jurisdiction Act, Nevada is the children's "home state" and thus has jurisdiction to determine the issue of custody. Contrary to petitioner's assertion, it was unnecessary for the court to conduct a hearing to determine the issue of jurisdiction where petitioner had expressly conceded, in conversations with the court, that the children had left New York for Nevada more than six months prior to commencement of the proceeding. (Appeal from Order of Cayuga County Family Court, Corning, J.—Custody.) Present—Denman, P. J., Green, Balio, Boehm and Fallon, JJ.

■ In the Matter of BRIAN H., a Person Alleged to be a Juvenile Delinquent, Appellant. OSWEGO COUNTY ATTORNEY, Respondent. (Appeal No. 1.) [661 NYS2d 575] —Appeal unanimously dismissed without costs (*see, Sgambati v World Wide Volkswagen Corp.*, 38 AD2d 761). (Appeal from Order of Oswego County Family Court, Roman, J.—Juvenile Delinquency.) Present—Denman, P. J., Green, Balio, Boehm and Fallon, JJ.

■ In the Matter of BRIAN H., a Person Alleged to be a Juvenile Delinquent, Appellant. OSWEGO COUNTY ATTORNEY, Respondent. (Appeal No. 2.) [661 NYS2d 575] —Order unanimously reversed on the law without costs and matter remitted to Oswego County Family Court for further proceedings in accordance with the following Memorandum: Family Court failed to comply with Family Court Act § 321.3 (1) when it consented to the entry of respondent's admission without conducting the allocution of respondent and his mother required under that statute (*see, Matter of Walker*, 144 AD2d 306; *see also, Matter of Daniel H.*, 236 AD2d 874; *Matter of Delmar C.*, 207 AD2d 998). We therefore reverse the order and remit the matter to Oswego County Family Court for further proceedings on the petitions. In view of our resolution, we do not address respondent's remaining contentions. (Appeal from Order of Oswego County Family Court, Roman, J.—Juvenile Delinquency.) Present—Denman, P. J., Green, Balio, Boehm and Fallon, JJ.

■ In the Matter of VINCENT B., a Person Alleged to be a Juvenile Delinquent, Appellant. ONEIDA COUNTY ATTORNEY, Respondent. [659 NYS2d 594] —Order unanimously affirmed without costs. Memorandum: Family Court did not err in allowing petitioner to amend the violation of probation petition to include allegations of additional missed probation appointments. Contrary to respondent's contention, Family Court Act